TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00289-CV

Kathryn LuAnne P. Barnard, Appellant

v.

City of Austin, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 97-07102, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Appellant's brief was due June 29, 1998. As of July 15, 1998, appellant had not
tendered either a brief or a motion for extension of time within which to file a brief. See Tex. R.
App. P. 38.6(d). By letter dated July 15, 1998, the Clerk of this Court notified appellant that
unless appellant provided a reasonable explanation for the failure to file a brief by July 24, 1998
the appeal would be dismissed for want of prosecution. See Tex. R. App. P. 38.8(a)(1). All
parties have received more than ten days notice of the proposed dismissal; we have received no
response. See Tex. R. App. P. 42.3. Accordingly, we dismiss the appeal for want of prosecution. 
See Tex. R. App. P. 42.3(b).

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Appeal Dismissed for Want of Prosecution

Filed: September 17, 1998

Do Not Publish